

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,768-01

### IN RE DANIEL LEGER, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. 1471451 IN THE 185ᵀᴴ DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that the District Clerk has not entered an order of dismissal in this case signed on November 11, 2019. TEX. GOV'T. CODE § 51.303.

Respondent, the District Clerk of Harris County, shall respond to Relator's claim. The response shall state what actions have been taken with respect to the dismissal order in this case, if any. If the order has not been entered or otherwise recorded, the District Clerk shall provide a legal rationale, if any. This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: March 11, 2020
Do not publish